B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re  WC Hirschfeld Moore, LLC          ,          Case No.  20-10251-tmd

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ATX Debt Fund 2, LLC | Ladder Capital Finance LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ATX Debt Fund 2, LLC
POLSINELLI c/o Liz Boydston
2950 N. Harwood St., Suite 2100
Dallas, Texas 75201
Phone:  214-661-5557
Last Four Digits of Acct #: _____

Court Claim # (if known):  3
Amount of Claim:  $40,757,056.25
Date Claim Filed:  06/29/2020

Phone:  212-715-3170
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  [see next page for signature]          Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/19/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[*TRANSFER OF CLAIM OTHER THAN FOR SECURITY – AUSTIN IV – HIRSHFELD MOORE*]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WC HIRSHFELD MOORE, LLC | § | Case No. 20-10251-tmd |
| WC 103 EAST FIFTH, LLC | § | Case No. 20-10252-tmd |
| WC 320 CONGRESS, LLC | § | Case No. 20-10253-tmd |
| WC 422 CONGRESS, LLC | § | Case No. 20-10254-tmd |
| WC 805-809 EAST SIXTH, LLC | § | Case No. 20-10255-tmd |
| WC 901 EAST CESAR CHAVEZ, LLC | § | Case No. 20-10256-tmd |
| WC 1212 EAST SIXTH, LLC | § | Case No. 20-10257-tmd |
| WC 9005 MOUNTAIN RIDGE, LLC | § | Case No. 20-10258-tmd |
| | § | |
| DEBTORS | § | Jointly Administered Under Case No. 20-10251-tmd |

## DECLARATION IN SUPPORT OF CLAIM TRANSFER AND WAIVER OF NOTICE AND OPPORTUNITY TO OBJECT

The undersigned hereby declares and states as follows:

1. The undersigned is an employee or authorized representative of Ladder Capital Finance LLC (the "**Transferor**" or "**Ladder**") and has been duly-authorized by the Transferor to execute this *Declaration in Support of Claim Transfer and Waiver of Notice and Opportunity to Object* (the "**Declaration**").

2. Reference is made hereby to that certain *Proof of Claim* filed by Transferor against WC Hirschfeld Moore, LLC (the "**Debtor**") in reference Case No. 20-10251-tmd (assigned Claim No. 3) (the "**Proof of Claim**"). The Debtor's bankruptcy case is jointly administered with WC 103 East Fifth, LLC, WC 320 Congress, LLC, WC 422 Congress, LLC, WC 805-809 East Sixth, LLC, WC 901 East Cesar Chavez, LLC, WC 1212 East Sixth, LLC, and WC 9005 Mountain Ridge, LLC (collectively, the "**Joint Debtors**").

3. Effective as of December 18, 2020, Transferor transferred and assigned to ATX Debt Fund 2, LLC (the "**Transferee**") all of Transferor's right, title and interest in and to the claim for $40,757,056.25 asserted jointly and severally against the Joint Debtors as set forth on the Proof of Claim (the "**Assigned Claim**") in connection with (i) that certain *Second Amended and Restated Loan Agreement*, dated as of July 9, 2018, by and between the Joint Debtors and WC 1910 West Braker, LLC ("**1910 West Braker**"), each as an individual borrower, and Ladder, as lender (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), a copy of which is annexed as Exhibit A to the Proof of Claim, (ii) that certain *Second Amended and Restated Promissory Note*, dated as of July 9, 2018, executed by the Joint Debtors and 1910 West Braker and delivered to Ladder (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time), a copy of which is annexed as Exhibit B to the Proof of Claim, and (iii) that certain *Deed of Trust, Assignment of Leases and Rents and*

*Security Agreement*, dated as of May 11, 2018, by and between the Debtor, as borrower, and William C. Lipsey, as trustee for the benefit of Ladder, as lender (as may be amended, restated, amended and restated, supplemented, or otherwise modified from time to time), a copy of which is annexed as <u>Exhibit C</u> to the Proof of Claim.

4. The undersigned has reviewed the *Transfer of Claim Other Than for Security* (the "**Claim Transfer Notice**") to which this Declaration is appended, and certify that Transferor has no objection to the Claim Transfer Notice or the transfer of the Assigned Claim from Transferor to Transferee evidenced thereby. Transferor further hereby (a) waives its right to raise any objection to the Claim Transfer Notice and the transfer of the Assigned Claim from Transferor to Transferee evidenced thereby, and (b) waives its right to receive notice of the Claim Transfer Notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure.

*[Remainder of This Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares under penalty of perjury that each of the foregoing statements is true and correct.

Date: December 18, 2020

_____
Signature

_____
Printed Signature  Mark Ableman
                   Managing Director

_____
Title

3